Exhibit A to the Complaint

**Location:** Honolulu, HI  **IP Address:** 141.239.126.164
**Total Works Infringed:** 50  **ISP:** Hawaiian Telcom

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9B9B4EF9B8A8437F828B3B3D543B4F241F35542A<br>File Hash:<br>48A8D69CE6BEC90131027B7A76BB8D251715C120724C8D446B2A59B96DFC6372 | 07-18-2023 00:31:59 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 2 | Info Hash: 97B9DE9E5241BCC22B9452A06C80907657C1F6C3<br>File Hash:<br>35E29DA3236597683391FDE72C1C66872086BEFC624E3203D4EBB1FC6B4394A9 | 07-18-2023 00:26:46 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 3 | Info Hash: A76B87D187D8232CFFB45ECDE526703B5DFEAF99<br>File Hash:<br>2C3C6D6490FD025ED5B255E72F1DA34D741FBB4705A7B3142E17F0D957898D73 | 07-18-2023 00:25:08 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 4 | Info Hash: AAC8D6E18C99B90E6822380DDC7CB962D98B4A52<br>File Hash:<br>90E1DAD2E3B303A69C0E6823D405E58C43A815615410C39B632EAA1390D6D0D4 | 07-17-2023 08:31:29 | Slayed | 02-14-2023 | 04-13-2023 | PA0002406900 |
| 5 | Info Hash: D3EDAC21C9401DD17F2B15457DAB1D3CD69AA1FA<br>File Hash:<br>EBEAA8753DF42B6C70A6CCEBA959D8BB05923123BFFAB51B1CDB9AFD9D78FEDD | 07-16-2023 22:35:30 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 6 | Info Hash: 6B3AD40C87E6BA1096B9D89D023BB8B545BFCB49<br>File Hash:<br>3B16C3E5117AFFA97703A5CA0B8C719E56C8B5D9D07943058F7DCCF217363B82 | 07-16-2023 22:21:15 | Slayed | 01-10-2023 | 02-21-2023 | PA0002400996 |
| 7 | Info Hash: A3FE9A83F55A38B585D5035CEAC9AA1BBAE8D4C8<br>File Hash:<br>E0B9E734A95D503544E208BAB585B9AB76A6988D31B6BAC099577B82C85C9AA8 | 07-16-2023 18:59:43 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 8 | Info Hash: F14CD1813017D5AE94847C136432B1916DD6F22F<br>File Hash:<br>40B0E49CCB3041B4E18A2FC1ED2BF3020BC7B7B5CFAFFF221445A6CA268539AA | 07-16-2023 04:28:02 | Vixen | 03-10-2018 | 04-17-2018 | PA0002116743 |
| 9 | Info Hash: 8A2104796641A0378C834011073D2CB32440DD5D<br>File Hash:<br>A5847A4DB7F583D2EDC6E9D8B71AE0E6063CF3E6B636D6AA488ED9315CC5DCFA | 07-16-2023 04:21:37 | Vixen | 09-21-2017 | 10-10-2017 | PA0002086168 |
| 10 | Info Hash: 46C6511054428DE786D4610DC5009D6F6EEEC7F8<br>File Hash:<br>947E146DD81670475276C977B1A3649216BB43F03A89FBC3D0A3B5D02B8D0300 | 07-15-2023 19:05:45 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 11 | Info Hash: 396330A6648C120FD42B908A96D958D82C8B88F9<br>File Hash:<br>26AC264006C0E648AF10D73F8C89DCF42A13B99188126D927407481E948BE5DF | 07-14-2023 19:54:24 | Tushy | 07-09-2023 | 07-13-2023 | PA0002420353 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F73581885C967F394A013852DBB71F1F40948F12<br>File Hash: FC664ED42DAF2DE480DAD8923B99DDB69ECDA7961EE947CDE23E0EDC83578019 | 07-12-2023 19:11:37 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 13 | Info Hash: A3BE47EF478137F0DE74FC65B0CD19C107F87B47<br>File Hash: 606C209A97FC3D99D572196228EB775BE465EB5B939AB27547F66CB47DDA5C4B | 07-12-2023 18:31:57 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 14 | Info Hash: D962B1A8AEF111F7F0CA8463CCA4536F3A279569<br>File Hash: 15C7FFE34498EF16D4DA17338B515D07F7BDC765EADA8A34CD20812DF0AADB5D | 07-12-2023 18:30:10 | Tushy | 06-25-2018 | 08-07-2018 | PA0002132395 |
| 15 | Info Hash: A99B58E50CB2AE580AC2B5DE0E16EF78B6AA1228<br>File Hash: 42917EFF8E51B116FF73F8C97B28D52B28A9125AFF1D4F7F7757F3E93A02209A | 07-11-2023 17:20:43 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 16 | Info Hash: EEED6D7C641A001F15664F9A531B88CDB2A0D63C<br>File Hash: CAA34FC9AAE5C22E7265F3183379F5B82D6B2D1AF9ED53621D5EBBBF25C59BE9 | 07-10-2023 18:58:15 | Blacked Raw | 07-10-2023 | 07-13-2023 | PA0002420345 |
| 17 | Info Hash: B3D6DC4BF0E286342F04FE37324EFA8F59D5B7F6<br>File Hash: 4A721DF3E117E314A4E986AA4E76B47DE90FBA44CC651E24C493150B6DD3ED84 | 07-10-2023 09:33:17 | Slayed | 02-07-2023 | 05-05-2023 | PA0002414452 |
| 18 | Info Hash: 44C0922BCE6A040CDEF61FCB6075E88AC0FD3278<br>File Hash: 45DBD5439BC435A4355D5287F56B1AD04566EE05522C6ADDD81259B4BD9D2007 | 07-10-2023 01:26:18 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 19 | Info Hash: C936DA65EBE2509C5981096391F0E7F9DED22BB5<br>File Hash: C08CFE882FF23E645DA71B162329248FCB2BBBC55E3C12A2BB1C7C652E84A542 | 07-09-2023 22:27:49 | Slayed | 11-29-2022 | 01-05-2023 | PA0002394013 |
| 20 | Info Hash: 9E3D2DB609C7AE1370FB2CAB8E663D40F975426A<br>File Hash: 762AB6DC5E71CBFA5019AC7ECB95A59F7C5AAB082D15DD990DE8A8BD17EDAA67 | 07-09-2023 22:26:54 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 21 | Info Hash: DB187F171E05077A1029594BE0B46A0CF17AC441<br>File Hash: 255E0C524DDD1BC5B343036966B70028E1BD79871C4BF1012259A9B0399A5A55 | 07-09-2023 22:26:25 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 22 | Info Hash: DC408ED9E998A7D70DA30039067987BEDDFC8A8C<br>File Hash: AEC6E8D20ADFE68499E79345DC410FE59233DBF51E8B140E910D2EAA8CFD4456 | 07-09-2023 19:02:57 | Slayed | 04-18-2023 | 06-09-2023 | PA0002415740 |
| 23 | Info Hash: EB3AFA7446AD5C76F0AF4DF2E90D6995B8F61225<br>File Hash: 3C17AF5A700F5A8026B68927F3CB12BDB395B560FA4FDE2BFB88A8567E9F73D0 | 07-09-2023 03:02:07 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4837E80056DF3AAD20822A90DB14CF7EAFABC8B4<br>File Hash: BE45C3397263273BA6F6021B12E71635BC5A23621A0DA9A0F6333E5A1BBB19DE | 07-07-2023 23:54:31 | Vixen | 03-15-2018 | 04-17-2018 | PA0002116747 |
| 25 | Info Hash: 00F02383CEDC797B42F7B174864AFC987DBEEB1F<br>File Hash: 2795FF721D22DA276BAF24859F4DD3789C8DEEAB2559532C733D831829A214AF | 07-07-2023 23:53:47 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 26 | Info Hash: 2595BD6FF4D78AF93FD34912EF121F4B8B9E50A9<br>File Hash: 97991DF662F01F1A8E1C9A553708E9FA382808BC5BE19B35B88755F519E8B1ED | 07-07-2023 23:52:52 | Blacked Raw | 03-23-2018 | 04-17-2018 | PA0002116746 |
| 27 | Info Hash: C684A6A7585BF5DC43813FBEEED0F820288BA585<br>File Hash: B224B319D75F7EAE3258A17D9542540D0FADCD99F2002EF872C81F48376A4249 | 07-07-2023 19:42:37 | Vixen | 07-07-2023 | 07-13-2023 | PA0002420346 |
| 28 | Info Hash: 89EE75C4CCFA66A46B157BD0161B6A9B93065DE2<br>File Hash: 3242495C255C7804D8C50FD313C8D9314AACB505B3AB88939A4E2736EC022E80 | 07-07-2023 08:51:25 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 29 | Info Hash: 2555F308F7DAD2E6A6FBB866680C09401ADEDE2F<br>File Hash: C480355C756608B9843B78F08BBDC6BB24D334EF8166A132477C794F8A6ADC11 | 07-06-2023 09:14:30 | Tushy | 07-02-2023 | 07-13-2023 | PA0002420348 |
| 30 | Info Hash: 48BA9A3B6BCE417AB20E9EB34CF473AD00CB1C86<br>File Hash: 19E7D50DFCEFF485A321F69AFDB586C40CA2AE94189BB53477C86E5696DED303 | 07-03-2023 10:33:15 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 31 | Info Hash: 005FA38E32203B04218CCE843491F089D51C371D<br>File Hash: E12B17918DD55A5D51AC43833EABD1AAF03C727C29591B514C524EFD9753280F | 06-30-2023 19:56:47 | Tushy | 06-25-2023 | 07-13-2023 | PA0002420342 |
| 32 | Info Hash: 320E6FEE0A241B0818F36904006372C2A597769B<br>File Hash: 0B1EC11883B82BF6A8E6FBD5A2D9ED10A7B52FFFA1204FC674F52D0BC5DC7222 | 06-29-2023 12:29:01 | Slayed | 01-17-2023 | 02-21-2023 | PA0002400995 |
| 33 | Info Hash: C1F1F38007EE4AD04C396A478A973D40A2D09883<br>File Hash: 116A6E09A6319737BB03EBBB911426D1668FF2E5A9177A90E89FC7B5E2E73802 | 06-18-2023 19:33:35 | Blacked | 03-01-2018 | 04-12-2018 | PA0002091580 |
| 34 | Info Hash: 43B9BD55A6B0A202C5E60B6E23B334B72979D6CB<br>File Hash: EE971692E12B7F241C5403772BA551340A13A50294BD5AA7C9B44E75F4162C74 | 06-18-2023 19:33:26 | Vixen | 07-08-2017 | 08-17-2017 | PA0002077664 |
| 35 | Info Hash: C333A35EC956AFB2022F7F8D9222F1C03CDCDC64<br>File Hash: 7BA3655DF1BE6E85E387DF71ADFB57C59B125668AF35A1A43BB98E7D1333BB91 | 06-18-2023 19:33:20 | Vixen | 10-21-2017 | 11-30-2017 | PA0002098006 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: BB255BF1882CFF0F843293333B0359E03E9510C1<br>File Hash: 8F460AE764B173E889BE3590A635D38D2A9F024DE6CD88A0AD1660FC34114668 | 06-16-2023 11:35:01 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 37 | Info Hash: FF0EA8167BC2C406C9D4DCAC62086EE8467F536F<br>File Hash: B874F343A708C4A6F1D123F968431B30905750D8C0B405840B9A87CC520F1FA6 | 06-16-2023 04:59:40 | Blacked | 08-01-2020 | 08-11-2020 | PA0002252255 |
| 38 | Info Hash: B1373CF2699826534503257229313F4136C1FCE5<br>File Hash: 6C2E478E1DD73CDD2AB370ECD5FB8D826751C6DB11E90D03DDAD0DA575E11AC5 | 06-16-2023 01:32:27 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 39 | Info Hash: DB5C548921E5BE6BC76B259F06F577AA6B8D882E<br>File Hash: 4B40AF2E27BB685CEBA785046C3A4608B3B8F30F92E0355993BA3D887A75FDE4 | 06-08-2023 08:13:47 | Vixen | 06-02-2023 | 06-09-2023 | PA0002415362 |
| 40 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash: E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 06-04-2023 05:34:57 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 41 | Info Hash: 0AEC90FD61429D473ACE512307B3A817704D288B<br>File Hash: 2895A74E175D9E4265D8E7CFFDF6FD89E800D78CA80C90E52348DE265DFF4B6D | 06-03-2023 23:14:09 | Blacked Raw | 03-25-2023 | 04-07-2023 | PA0002405729 |
| 42 | Info Hash: A567036B569B9CC19F6553E0C8A6939326073E1A<br>File Hash: 203A5C7862B1C68F7FB09C9050633EB33A41AC8977C09BF48BF71B10C128EDC3 | 06-03-2023 05:25:31 | Tushy | 05-28-2023 | 06-09-2023 | PA0002415376 |
| 43 | Info Hash: 5102DBC38DC13A3B28389C3E37819BAD5668A0EF<br>File Hash: 02FCB31095D1375B5B8A94FCF9E27E8F329429B5F8731999E11A8A13F915B8AA | 05-31-2023 08:20:19 | Vixen | 09-26-2017 | 10-10-2017 | PA0002085861 |
| 44 | Info Hash: EC7E0AF9F92BE83F754FB9F70840F2E03F33D9C2<br>File Hash: 2637B7160C35E5F12324016ED6DBD6F83596F45E35B59892AD606525991F4C0D | 05-31-2023 05:09:02 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 45 | Info Hash: A2375276876B33FD000757D127B1E15F67CC03E4<br>File Hash: A30560C5D1F3B23FB28C9E6A198A273B68C97F4680505997D6B0372C7C40489E | 05-31-2023 04:35:11 | Blacked | 05-25-2019 | 06-13-2019 | PA0002180952 |
| 46 | Info Hash: D36EE004A334C17824222EB9E9F76BEF16493DB6<br>File Hash: 3E87DEEBC2B8C1705FBBA8AC4731D03A43E4A7B0083B6C9CD971E1CC1C0DC48E | 05-31-2023 04:31:08 | Vixen | 08-02-2019 | 08-22-2019 | PA0002195510 |
| 47 | Info Hash: 3AB4379E04C0DE3E0E2DEC5D57D1E2734620A57F<br>File Hash: BE3492729C0629A0CA3B64EA8DDC9C3921289208476737232A7644831F847EE7 | 05-31-2023 04:31:08 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 7FAEB84D764CE48715C6755B8FA0C48A76E0A2CD<br>File Hash: B9803794C2D1A604973910C9F742B7BF4CB5E1B5248EFA608233D33025E52805 | 05-31-2023 04:27:57 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 49 | Info Hash: 5861ECFAD73849DE5BA08AD3032F1F13D7CAF7D4<br>File Hash: EE41FEFB0B280F70B95E66A4AE5EAF5DEF44E9E3EF5439BC65353567AFF8A4D3 | 05-31-2023 04:27:52 | Vixen | 04-19-2019 | 05-28-2019 | PA0002200778 |
| 50 | Info Hash: 4C41F667AE5CB3BB8314254CF2A81B256FED82A3<br>File Hash: 3F06AEA07BD7FCCD77ACAC8964AA176A99AB2981E02D09AEF7CD7133104BEA6B | 05-31-2023 01:26:15 | Vixen | 08-14-2020 | 08-31-2020 | PA0002265636 |